# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jorge Rangel

                        Plaintiff,

v.                                    Case No.: 1:15–cv–01718
                                    Honorable Marvin E. Aspen

Trend Painting & Decorating, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 28, 2015:

      MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to Joint Stipulation to Dismiss [18], case is dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement. Status hearing of 9/10/2015 is stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.